UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                           Criminal No. 10-cr-84-01-JD

<u>Branden Anderson</u>

<u>O R D E R</u>

     The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted; Trial is continued to the two-week period beginning February 15, 2011, 9:30 AM.

     Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

     SO ORDERED.

                                              ***/s/ Joseph A. DiClerico, Jr.***
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date:  November 24, 2010

cc:  Debra Walsh, Esq.
     Mark Howard, Esq.
     U.S. Marshal
     U.S. Probation