UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.         Criminal No. 10-cr-84-01-JD

<u>Branden Anderson</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 33) filed by defendant is granted; Trial is continued to the two-week period beginning July 19, 2011, 9:30 AM.

  Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

                <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                Joseph A. DiClerico, Jr.
                United States District Judge

Date: June 14, 2011

cc: Mark Howard, Esq.
   Debra Walsh, Esq.
   U.S. Marshal
   U.S. Probation